# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Matthew McQuown | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-32 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Commissioner's finding is vacated; No finding is made as to whether Plaintiff Matthew McQuown was under a "disability" within the meaning of the Social Security Act; REMANDED to the Social Security Admin under sentence four of 42 U.S.C. § 405(g) for further consideration with this Decision and Entry.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for _____ .

Date: 6/13/2019

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk